**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-1425

NINA WAGNER
Plaintiff,

v.

GREYSTAR GLOBAL ENTERPRISE, LLC D/B/A GREP SOUTHWEST, LLC; SPRING CANYON HEIGHTS TIC I, LLC; SPRING CANYON HEIGHTS TIC II, LLC; SPRING CANYON HEIGHTS TIC III, LLC; SPRING CANYON HEIGHTS TIC IV, LLC; SPRING CANYON HEIGHTS RIC V, LLC; SPRING CANYON HEIGHTS TIC VI, LLC; AND SPRING CANYON HEIGHTS TIC VII, LLC; BG BENEDICT CANYON, LLC, ADVENIR, LLC, BENEDICT CANYON EQUITIES, INC., AND ANY AND ALL UNKNOWN OWNERS

Defendants.

---

**NOTICE OF REMOVAL**

---

Defendants GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC ("Greystar"), SPRING CANYON HEIGHTS TIC I, LLC, SPRING CANYON HEIGHTS TIC II, LLC, SPRING CANYON HEIGHTS TIC III, LLC, SPRING CANYON HEIGHTS TIC IV, LLC, SPRING CANYON HEIGHTS RIC V, LLC, SPRING CANYON HEIGHTS TIC VI, LLC, and SPRING CANYON HEIGHTS TIC VII, LLC (the "Spring Canyon Heights TIC Entities"); (collectively, "Defendants"), pursuant to 28 U.S.C. § 1446, hereby remove the above-referenced action from the District Court, Denver County, Colorado, based on the following:

1. The above action was filed in the District Court, El Paso County, Colorado, and is now pending before that court. A copy of Plaintiff's Complaint with Exhibits is attached as **Exhibit A**. A copy of the Summonses to Defendants are attached as **Exhibit C**. A copy of the Affidavits of Service on Defendants is attached as **Exhibit D**. A copy of the Delay

Prevention Order is attached as **Exhibit E**. A copy of the Pre-Trial Order is attached as **Exhibit F**. A copy of the Unopposed Motions for Extension of Responsive Pleading Deadlines is attached as **Exhibit G**. A copy of the Motion for Extension of Time to Serve Defendant Spring Canyon Heights, LLC and for Limited Expedited Discovery is attached as **Exhibit H**. A copy of the Order Granting Motion for Extension of Time to Serve Defendant Spring Canyon Heights, LLC and for Limited Expedited Discovery is attached as **Exhibit B**. No other filings have occurred in the state court case.

2. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, as it is a civil action between parties of diverse citizenship, involving an amount alleged to be in controversy exceeding $75,000.00, exclusive of interest and costs.

3. Plaintiff is a citizen of Colorado domiciled in Colorado. *See* Ex. A, ¶ 1. This lawsuit involves a property leased by Plaintiff at 4515 Spring Canyon Heights in Colorado Springs, Colorado, 80907 (the "Property").

4. Greystar is a foreign company and a citizen of Delaware, as a Delaware corporation with its principal place of business in South Carolina. *See* 28 U.S.C. § 1332(c)(1); **Exhibit I**.

5. The Spring Canyon Heights TIC Entities are foreign companies and citizens of Delaware, as a Delaware corporation with principal places of business in California. *See* 28 U.S.C. § 1332(c)(1); **Composite Exhibit J**.

6. This action involves an amount alleged to be in controversy exceeding $75,000.00 exclusive of interest and costs. *See* Ex. A p. 6 WHEREFORE clause. ("the Plaintiff, NINA WAGNER, prays for judgment against the Defendants . . . in an amount greater than ONE HUNDRED THOUSAND DOLLARS ($100,000.00) . . . . " The Complaint filed in the state court action establishes the amount in controversy exceeds $75,000.00.

7. Accordingly, Defendants have demonstrated by a preponderance of the evidence it is entitled to remove this action pursuant to 28 U.S. C. § 1446(a). *See McPhail v. Deere & Co.*, 529 F.3d 947, 953 (10th Cir. 2008).

DATED at Denver, Colorado on April 3, 2026.

s/*Daniel Palardy*
Heather Gwinn
Daniel Palardy
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
Facsimile: (303) 534-5161
E-mail: hgwinn@grsm.com
dpalardy@grsm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy via electronic mail on:

Black Blink & Associates, LLC
Adam Smestad
2 N. Cascade Ave 11th Floor
Colorado Springs, CO 80903
adam@blackandblinklaw.com

*s/ Daniel Palardy*
For Gordon Rees Scully Mansukhani, LLP