| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903<br><br>**NINA WAGNER, Plaintiff**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br><br>▲ COURT USE ONLY ▲ |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | Case No:<br><br>Div. |

**COMPLAINT**

PARTIES

1. At all times relevant hereto, Plaintiff, NINA WAGNER, was a resident of Colorado Springs, Colorado.

2. At all times relevant hereto, there existed a certain residential building located at 4510 Spring Canyon Heights in Colorado Springs, Colorado, 80907, commonly known as Artemis Canyon Apartment Homes. Such property included several other buildings in the immediate complex, including 4515 Spring Canyon Heights in Colorado Springs, Colorado, 80907. Such property,



EXHIBIT A

including all buildings within the Artemis Canyon Apartment Homes shall hereinafter be referred to as "The Property".

3. At all times relevant hereto, the Property was owned, possessed, operated, maintained, and/or controlled by one or more of the following Defendant entities:

   a. SPRING CANYON HEIGHTS, LLC;
   b. SPRING CANYON HEIGHTS TIC I, LLC;
   c. SPRING CANYON HEIGHTS TIC II, LLC;
   d. SPRING CANYON HEIGHTS TIC III, LLC;
   e. SPRING CANYON HEIGHTS TIC IV, LLC;
   f. SPRING CANYON HEIGHTS TIC V, LLC;
   g. SPRING CANYON HEIGHTS TIC VI, LLC;
   h. SPRING CANYON HEIGHTS TIC VII, LLC;
   i. BG BENEDICT CANYON, LLC;
   j. ADVENIR, LLC;
   k. BENEDICT CANYON EQUITIES, INC.; and/or
   l. ANY AND ALL UNKNOWN OWNERS AND OPERATORS.

4. At all times relevant hereto, the Property was managed, maintained and/or controlled by the Defendant, GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over this action pursuant to Article VI, Section 9 of the Colorado Constitution and C.R.S. §13-1-124, as this is a civil action seeking damages in excess of the jurisdictional limits of this Court.

6. This Court has personal jurisdiction over each of the Defendants because the acts and omissions giving rise to this Action occurred in the State of Colorado, each Defendant owns, operates and/or

manages real property located in El Paso County, Colorado, and each Defendant conducts business in the State of Colorado.

7. Venue is proper in El Paso County pursuant to C.R.S. §13-1-124(1)(a) because the Property is located in El Paso County and the incident giving rise to this action occurred in El Paso County, Colorado.

**FACTUAL ALLEGATIONS**

8. On or about February 12, 2024, Plaintiff was an individual who was lawfully present on the Property.

9. On the aforementioned date, Plaintiff was lawfully walking on a sidewalk within the Property.

10. On that date and time, ice had accumulated on the aforementioned sidewalk, creating a dangerous and unreasonably dangerous condition.

11. The aforementioned ice had formed as a result of water dripping from a gutter and downspout attached to a roof covering a parking structure, where the gutter and downspout discharged water directly onto or immediately adjacent to the sidewalk.

12. At some time prior to February 12, 2024, the Defendants designed and/or otherwise caused the aforementioned gutter and/or downspout to be placed in such a manner as to discharge water onto the sidewalk.

13. At all times relevant hereto, the Defendants knew or should have known that the configuration, design, placement, and/or maintenance of the gutter and/or downspout system caused water to be discharged onto pedestrian walkways and freeze during winter conditions, creating a foreseeable and recurring hazard.

14. At all times relevant hereto, the Defendants failed to take reasonable steps to inspect, repair, and/or maintain the property, including but not limited to the sidewalk and gutter and/or downspout, reroute drainage, remove ice, apply de-icing materials, or warn of the hazardous condition.

15. As a direct and proximate result of Defendant's acts and omissions outlined herein, Plaintiff slipped and fell on the aforementioned accumulation of ice and sustained bodily injuries.

16. As a direct and proximate result of the aforementioned slip and fall, Plaintiff suffered physical injury, pain and suffering, emotional distress, medical expenses, and other damages, some or all of which are ongoing.

**PREMISES LIABILITY (C.R.S. § 13-21-115) v. ALL DEFENDANTS**

17. Plaintiff incorporates by reference Paragraphs 1 through 16.

18. At all relevant times hereto, Plaintiff was an invitee within the meaning of C.R.S. § 13-21-115(5)(a).

19. At all times relevant hereto, pursuant to C.R.S. § 13-21-115, Defendants owed a duty to exercise reasonable care to protect Plaintiff against defects and dangers on the Property of which they knew or should have known.

20. Defendants breached said duty in one or more of the following ways:

    a. Carelessly and negligently caused ice to form on the sidewalk when they knew or should have known that such ice would create a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff;

    b. Carelessly and negligently caused the gutter and/or downspout to discharge water onto the sidewalk when they knew or should have known would freeze and cause ice to form on the sidewalk, causing a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff;

    c. Carelessly and negligently failed to change the location of the gutter and/or downspout such that it would not discharge water onto the sidewalk, when it knew or should have known that failing to do so would create a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff;

d. Carelessly and negligently failed to stop the water discharge from the gutter and/or downspout such that it would not discharge water onto the sidewalk, when it knew or should have known that failing to do so would create a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff;

e. Carelessly and negligently failed to inspect the Property and/or cause the Property to be inspected when it knew or should have known that such failure would prevent Defendant from discovering dangerous conditions on the Property, including but not limited to the aforementioned accumulation of ice;

f. Carelessly and negligently failed to remove the aforementioned accumulation of ice from the sidewalk and/or place a de-icing agent or other anti-slip agent on the sidewalk when it knew or should have known that such failure would create a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff;

g. Carelessly and negligently failed to place warnings and/or block the sidewalk when it knew or should have known that such failure would create a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff; and/or

h. Otherwise carelessly and negligently owned, operated, possessed, managed, maintained, and/or controlled the Property such that it allowed ice to accumulate on the sidewalk without warning in such a manner as to create a dangerous slippery condition on the sidewalk or allow such dangerous slippery condition to exist on the sidewalk when it knew or should have known that such dangerous slippery condition would create a slip and fall hazard to persons walking thereon, including but not limited to Plaintiff.

21. As a direct and proximate result of one or more of the aforementioned breaches of duty on the part of the Defendants, the Plaintiff was caused to slip and fall on said accumulation of ice, causing the Plaintiff, NINA WAGNER, to be then and there severely and seriously injured, both internally and externally, she suffered bruises, contusions, and lacerations to her body, became sick and disabled, and

will continue to suffer great pain, discomfort, and physical impairment; and said injuries required hospitalization, some of which said injuries are ongoing; and she has been kept from attending to her ordinary affairs and duties; and she has become obligated for large sums of money for medical and hospital care and attention.

**DAMAGES**

22. Plaintiff seeks all economic and non-economic damages allowed under Colorado law, including but not limited to medical expenses, pain and suffering, physical impairment, and loss of enjoyment of life.

**WHEREFORE,** the Plaintiff, NINA WAGNER, prays for judgment against the Defendants, GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC, SPRING CANYON HEIGHTS, LLC, SPRING CANYON HEIGHTS TIC I, LLC, SPRING CANYON HEIGHTS TIC II, LLC, SPRING CANYON HEIGHTS TIC III, LLC, SPRING CANYON HEIGHTS TIC IV, LLC, SPRING CANYON HEIGHTS TIC V, LLC, SPRING CANYON HEIGHTS TIC VI, LLC, SPRING CANYON HEIGHTS TIC VII, LLC, BG BENEDICT CANYON, LLC, ADVENIR, LLC, BENEDICT CANYON EQUITIES, INC. and ANY AND ALL UNKNOWN OWNERS, each collectively and individually, jointly and severally, in an amount greater than ONE HUNDRED THOUSAND DOLLARS ($100,000.00) as will fairly, reasonably, and adequately compensate them for their injuries and damages, together with interests and the costs in bringing this suit, and for any and all other relief this Court deems fair and proper.

Respectfully submitted on February 6, 2026.

*/s/ Adam Smestad*

______________________________

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I served a true and correct copy of the foregoing by personally delivering it to the following:

*/s/ Bryana Fleury*

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. TEJON, COLORADO SPRINGS, CO, 80903 | DATE FILED<br>April 2, 2026 2:52 PM<br>CASE NUMBER: 2026CV30348 |
| **Plaintiff(s)** NINA WAGNER<br>v.<br>**Defendant(s)** GREYSTAR GLOBAL ENTERPRISE LLC DBA GR et al. | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2026CV30348<br>Division: 15 Courtroom: |

**Order:Proposed Order PLAINTIFFS MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT SPRING CANYON HEIGHTS LLC AND FOR LIMITED EXPEDITED DISCOVERY**

The motion/proposed order attached hereto: GRANTED.

Issue Date: 4/2/2026

Gregory R. Werner

GREGORY ROBERT WERNER
District Court Judge

EXHIBIT B

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br><br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | |
| **NINA WAGNER, Plaintiff**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a**<br><br>**GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | ▲ COURT USE ONLY ▲<br><br>Case No: 2026CV30348<br><br>Div. 15 |

**ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**

**SPRING CANYON HEIGHTS, LLC AND FOR LIMITED EXPEDITED DISCOVERY**

Attachment to Order - 2026CV30348

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to Serve Defendant Spring Canyon Heights, LLC and for Limited Expedited Discovery.
The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby ORDERS:

☐ **GRANTED**
☐ **DENIED**

If GRANTED, the Court further ORDERS:

1. Plaintiff is granted an extension of time to effect service upon Defendant Spring Canyon Heights, LLC for an additional **60 days** from the date of this Order, or such other time as the Court deems appropriate.
2. Plaintiff is authorized to conduct **limited expedited discovery** prior to the Rule 26(f) conference for the sole purpose of identifying:
    - the proper landlord/owner entities;

- the appropriate agents for service; and
- related organizational and management information.

3. Such expedited discovery may include:
    - written discovery (interrogatories and requests for production); and
    - limited depositions of property management representatives, if necessary.
4. Plaintiff shall ensure that all discovery conducted pursuant to this Order is **narrowly tailored** to identifying proper parties and effectuating service.

Attachment to Order - 2026CV30348

District Court, El Paso County, State of Colorado
Court: 270 S. Tejon St, Colo. Spgs., CO 80903

**NINA WAGNER, Plaintiffs**

**v.**

**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.**

DATE FILED
February 6, 2026 12:31 PM
FILING ID: AAAA47A91C020
CASE NUMBER: 2026CV30348

▲ COURT USE ONLY ▲

Case No:

Div.

Attorneys for the Plaintiffs:
**Black Blink & Associates LLC**
Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)
Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)
Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)
Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)
Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)
Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)
2 N. Cascade Ave., 11th Floor
Colorado Springs, CO 80903
Tel: (719) 328-1616
Fax: (719) 960-2381
Web: www.blackandblinklaw.com

## SUMMONS

**TO THE DEFENDANT NAMED ABOVE:**
Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC

You are hereby summoned and required to file with the Clerk of this Court an Answer or other response to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, judgment by default may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

EXHIBIT C

**ISSUED BY THE COURT**

**Issued on: ______________________**

____________________________________
**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC
**Registered Agent / Person to Be Served:**
CT Corporation System
**Service Address:**
7700 E. Arapahoe Rd, STE 220
Centennial, CO 80112-1268

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348 |
| **NINA WAGNER, Plaintiff**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | ▲ COURT USE ONLY ▲ |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | Case No:<br><br>Div. |

## SUMMONS

**TO THE DEFENDANT NAMED ABOVE:**
SPRING CANYON HEIGHTS TIC VII, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on: ________________________**

___________________________________

**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights TIC VII, LLC
**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.
**Service Address:**
7700 E Arapahoe Rd Ste 220
Centennial, CO 80112

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br>▲ COURT USE ONLY ▲ |
| **NINA WAGNER, Plaintiff**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | Case No:<br><br>Div. |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | |

**SUMMONS**

**TO THE DEFENDANT NAMED ABOVE:**
SPRING CANYON HEIGHTS TIC VI, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on: ______________________**

______________________________

**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights TIC VI, LLC
**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.
**Service Address:**
7700 E Arapahoe Rd Ste 220
Centennial, CO 80112

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br>▲ COURT USE ONLY ▲ |
| **NINA WAGNER, Plaintiffs**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | Case No:<br><br>Div. |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | |

**SUMMONS**

**TO THE DEFENDANT NAMED ABOVE:**
SPRING CANYON HEIGHTS TIC IV, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on:** ________________________

________________________________
**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights TIC IV, LLC

**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.

**Service Address:**
7700 E Arapahoe Rd Ste 220,
Centennial, CO 80112, US

| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br>▲ COURT USE ONLY ▲ |
|---|---|
| **Nina Wagner, Plaintiff**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | Case No:<br><br>Div. |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | |

## SUMMONS

**TO THE DEFENDANT NAMED ABOVE:**
**SPRING CANYON HEIGHTS TIC III, LLC**

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on: ______________________**

________________________________
**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights TIC III, LLC

**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.

**Service Address:**
7700 E Arapahoe Rd Ste 220
Centennial, CO 80112

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348 |
| **NINA WAGNER, Plaintiff**<br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | ▲ COURT USE ONLY ▲ |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | Case No:<br><br>Div. |

**SUMMONS**

**TO THE DEFENDANT NAMED ABOVE:**
SPRING CANYON HEIGHTS, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on: ________________________**

____________________________________
**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights, LLC

**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.

**Service Address:**
7700 E Arapahoe Rd Ste 220,
Centennial, CO 80112, US

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br>▲ COURT USE ONLY ▲ |
| **NINA WAGNER, Plaintiff**<br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | Case No:<br><br>Div. |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | |

**SUMMONS**

**TO THE DEFENDANT NAMED ABOVE:**
SPRING CANYON HEIGHTS I, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on:** ________________________

________________________________
**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights TIC I, LLC

**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.

**Service Address:**
7700 E Arapahoe Rd Ste 220,
Centennial, CO 80112, US

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br>▲ COURT USE ONLY ▲ |
| **NINA WAGNER, Plaintiffs**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | Case No:<br><br>Div. |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | |

**SUMMONS**

**TO THE DEFENDANT NAMED ABOVE:**
SPRING CANYON HEIGHTS TIC II, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on:** ________________________

________________________________
**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Spring Canyon Heights TIC II, LLC
**Registered Agent / Person to Be Served:**
NATIONAL REGISTERED AGENTS, INC.
**Service Address:**
7700 E Arapahoe Rd Ste 220
Centennial, CO 80112,

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>February 6, 2026 12:31 PM<br>FILING ID: AAAA47A91C020<br>CASE NUMBER: 2026CV30348<br>▲ COURT USE ONLY ▲ |
| **NINA WAGNER, Plaintiff**<br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | Case No:<br><br>Div. |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346(ext. 1103, gerald@blackandblinklaw.com)<br>Maxel G. Moreland, #51577 (ext. 1104, maxel@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | |

# SUMMONS

**TO THE DEFENDANT NAMED ABOVE:**
BG BENEDICT CANYON, LLC

You are hereby summoned and required to file with the Clerk of this Court an **Answer or other response** to the Complaint within:

- **21 days** after service of this Summons if served within the State of Colorado; or
- **35 days** after service of this Summons if served outside the State of Colorado.

If you fail to file an Answer or other response within the applicable time period, **judgment by default** may be entered against you for the relief demanded in the Complaint.

You are required to serve a copy of your response upon Plaintiff's counsel at the address listed above.

**ISSUED BY THE COURT**

**Issued on:** ______________________

______________________________

**Clerk of the Court**

(SEAL)

**SERVICE INFORMATION**

**Defendant:**
Benedict Canyon LLC

**Registered Agent / Person to Be Served:**
Eresidentagent, Inc

**Service Address:**
9000 Sunset Blvd Suite 1260
West Hollywood, CA 90069

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS,** | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348<br><br>**▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV30348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights TIC III, LLC in Arapahoe County, CO on March 4, 2026 at 1:45 pm at 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as Intake Specialist at National Registered Agents, Inc. is authorized by appointment or by law to receive service of process for Spring Canyon Heights TIC III, LLC.

COMPLAINT
SUMMONS
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

EXHIBIT D

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Douglas County,

CO on 3/5/2026.

/s/ Tricia Otto

Signature
Tricia Otto
+1 (303) 325-6734



Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348 |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS** | **▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV30348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights TIC IV, LLC in Arapahoe County, CO on March 4, 2026 at 1:43 pm at 7700 E Arapahoe Rd. Ste. 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as Intake Specialist at National Registered Agents, Inc. is authorized by appointment or by law to receive service of process for Spring Canyon Heights TIC IV, LLC.

Complaint
Summons
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Arapahoe County,

CO on 3/4/2026.

/s/ Tricia Otto

Signature
Tricia Otto
+1 (303) 325-6734


Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS** | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348<br><br>**▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV30348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights TIC V, LLC in Arapahoe County, CO on March 4, 2026 at 1:42 pm at 7700 E Arapahoe Rd. Ste 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as Intake Specialist at National Registerd Agents, Inc. is authorized by appointment or by law to receive service of process for Spring Canyon Heights TIC V, LLC.

Complaint
Summons
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Arapahoe County,

CO on 3/4/2026.

/s/ Tricia Otto

Signature
Tricia Otto
+1 (303) 325-6734



Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS,** | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348<br><br>**▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV30348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights TIC VI, LLC in Arapahoe County, CO on March 4, 2026 at 1:37 pm at 7700 E Araphoe Rd. Ste 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as Intake Specialist at National Registered Agents, Inc. is authorized by appointment or by law to receive service of process for Spring Canyon Heights TIC VI, LLC.

COMPLAINT
SUMMONS
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.59433845,-104.8988746167
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Elbert County,

CO on 3/5/2026.

/s/ Tricia Otto

Signature
Tricia Otto
+1 (303) 325-6734


Exhibit 1a)

District of Colorado
270 S. Tejon St, Colo. Spgs., CO 80903

Plaintiff(s) / Petitioner(s): **NINA WAGNER**

v.

Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS**

DATE FILED
March 25, 2026 4:47 PM
FILING ID: 7CDCBAED90772
CASE NUMBER: 2026CV30348

**▲ COURT USE ONLY ▲**

Case No.: 2026CV030348

**AFFIDAVIT OF SERVICE**

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights TIC VII, LLC in Arapahoe County, CO on March 4, 2026 at 1:40 pm at 7700 E Arapahoe Rd. Ste 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as Intake Specialist at National Registered Agents, INC is authorized by appointment or by law to receive service of process for Spring Canyon Heights TIC VII, LLC.

Complaint
Summons

Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Jefferson County,

CO on 3/4/2026.

/s/ Tricia Otto

Signature
Tricia Otto
+1 (303) 325-6734


Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348 |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS** | **▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV030348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Samuel Lessin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Benedict Canyon LLC in Los Angeles County, CA on March 5, 2026 at 9:59 am at 9000 Sunset Blvd Suite 1260, West Hollywood, CA 90069 by leaving the following documents with Tiffany K. (refused last name) who as Intake Specialist at Eresidentagent, Inc is authorized by appointment or by law to receive service of process for Benedict Canyon LLC.

Complaint
Summons

Additional Description:
I delivered the documents to Tiffany K., who accepted service with direct delivery after identifying herself as someone authorized to accept.

Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.0903971667,-118.3874283333

Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County,

CA on 3/5/2026.

/s/ Samuel Lessin

Signature
Samuel Lessin
+1 (781) 439-4013


Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS,** | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348<br><br>**▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV30348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights, LLC in Arapahoe County, CO on March 4, 2026 at 1:38 pm at 7700 E Arapahoe Rd. Ste. 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as Intake Specialist at National Registered Agents, Inc. is authorized by appointment or by law to receive service of process for Spring Canyon Heights, LLC.

COMPLAINT
SUMMONS
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.5951002419,-104.9029788167
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Douglas County,

CO on 3/5/2026.

/s/ Tricia Otto

Signature
Tricia Otto
+1 (303) 325-6734



Exhibit 1a)

District Court, El Paso County, State of Colorado
270 S. Tejon St, Colo. Spgs., CO 80903

Plaintiff(s) / Petitioner(s): **NINA WAGNER**

v.

Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS,**

DATE FILED
March 25, 2026 4:47 PM
FILING ID: 7CDCBAED90772
CASE NUMBER: 2026CV30348

**▲ COURT USE ONLY ▲**

Case No.: 2026CV030348
Division: 15

**AFFIDAVIT OF SERVICE**

I, Liz Mills, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Advenir, LLC in Palm Beach County, FL on March 5, 2026 at 11:51 am at 801 US Highway 1, North Palm Beach, FL 33408 by leaving the following documents with Georgia Joseph who as INTAKE SPECIALIST at Corporate Creations Network INC is authorized by appointment or by law to receive service of process for Advenir, LLC.

Complaint
Summons
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.8214083333,-80.0602638333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Palm Beach County,

FL on 3/5/2026.

/s/ Liz Mills

Signature
Liz Mills
+1 (561) 502-1771



Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER, Plaintiff**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS** | DATE FILED<br>March 25, 2026 4:47 PM<br>FILING ID: 7CDCBAED90772<br>CASE NUMBER: 2026CV30348<br><br>**▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV030348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

I, Daniel Benavides, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Benedict Canyon Equities in Los Angeles County, CA on March 13, 2026 at 2:21 pm at 330 N Brand Blvd, Ste 700, Glendale, CA 91203-2336 by leaving the following documents with John montijo who as RECEPTIONIST at CT Corp/National Regsitered Agents, Inc is authorized by appointment or by law to receive service of process for Benedict Canyon Equities.

complaint
Summons
Race: Hispanic or Latino, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.11538,-118.2011467
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County,

CA on 3/16/2026.

/s/ Daniel Benavides

Signature

Daniel Benavides

+1 (323) 910-5708


Exhibit 1a)
Wolters Kluwer
Welcome to 330 North Brand Blvd
700
CT Corporation
Service of Process
Department

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | ▲ **COURT USE ONLY** ▲ |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **BENEDICT CANYON EQUITIES, INC., ET AL.** | Case No.: 2026CV030348<br>Division: 15 |

DATE FILED
March 25, 2026 4:47 PM
FILING ID: 7CDCBAED90772
CASE NUMBER: 2026CV30348

**AFFIDAVIT OF SERVICE**

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC in Arapahoe County, CO on March 4, 2026 at 1:48 pm at 7700 E. Arapahoe Rd, STE 220, Centennial, CO 80112-1268 by leaving the following documents with Emilie LaPlante who as intake specialist at CT Corp is authorized by appointment or by law to receive service of process for Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC.

Complaint
2026CV30348_21_2026-02-06_Summons_Greystar_Global_Enterprise_LLC_dba_GREP_southwest_LLC_13052460052641126340.pdf

Additional Description:
Emilie LaPlante- intake specialist
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Arapahoe County,
CO on 3/4/2026.

/s/ Tricia Otto
Signature
Tricia Otto
+1 (303) 325-6734



Exhibit 1a)

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | ▲ COURT USE ONLY ▲ |
| Plaintiff(s) / Petitioner(s): **NINA WAGNER**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC, et al.** | Case No.: 2026CV030348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

DATE FILED
March 25, 2026 4:47 PM
FILING ID: 7CDCBAED90772
CASE NUMBER: 2026CV30348

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights I, LLC in Arapahoe County, CO on March 4, 2026 at 1:51 pm at 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as intake specialist at CT Corp is authorized by appointment or by law to receive service of process for Spring Canyon Heights I, LLC.

Complaint
Summons

Additional Description:
Emilie LaPlante- intake specialist
Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Arapahoe County,
CO on 3/4/2026.

/s/ Tricia Otto
Signature
Tricia Otto
+1 (303) 325-6734


Exhibit 1a)

| District Court, El Paso County, State of Colorado<br>270 S. Tejon St, Colo. Spgs., CO 80903 | ▲ COURT USE ONLY ▲ |
|---|---|
| Plaintiff(s) / Petitioner(s): **NINA WAGNER, Plaintiff**<br><br>v.<br><br>Defendant(s) / Respondent(s): **GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a GREP SOUTHWEST, LLC, et al.** | Case No.: 2026CV030348<br>Division: 15 |
| **AFFIDAVIT OF SERVICE** | |

DATE FILED
March 25, 2026 4:47 PM
FILING ID: 7CDCBAED90772
CASE NUMBER: 2026CV30348

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spring Canyon Heights TIC II, LLC in Arapahoe County, CO on March 4, 2026 at 1:46 pm at 7700 E Arpapahoe Rd. Ste. 220, centennial, CO 80112 by leaving the following documents with Emilie LaPlante who as intake specialist at National Registerd Agents, INC is authorized by appointment or by law to receive service of process for Spring Canyon Heights TIC II, LLC.

Complaint
Summons

Additional Description:

Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.594295,-104.8990633333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Jefferson County,
CO on 3/4/2026.

/s/ Tricia Otto
Signature
Tricia Otto
+1 (303) 325-6734



Exhibit 1a)

**DISTRICT COURT, EL PASO COUNTY, COLORADO**
Court address:
**270 S. Tejon**
**Colorado Springs, CO 80903**
Phone Number: **(719) 452-5000**

Nina Wagner,
Plaintiff

v.

Greystar Global Enterprise LLC et al.,
Defendant

DATE FILED
March 23, 2026 8:51 AM
CASE NUMBER: 2026CV30348

**Court Use Only**

Case Number: 26CV30348

Division **15** Courtroom **S403**

**DELAY PREVENTION ORDER**

This action is before the Court for judicial review. The purpose of this review is to determine whether the action is being diligently prosecuted. The Court has reviewed the record and now issues the following Orders:

**__XX__1. Complete service of process, if not done so already, and file proof of service within 10 days or, explain in writing the difficulties you are having in obtaining service. Failure to comply with this ORDER may result in dismissal with prejudice without further notice from the Court.**

________2. File a motion for entry of Default Judgment within 10 days.

________3. File a written Status Report within 10 days reflecting the current posture of the case.

________4. A proposed case management order has not been filed with the Court. The parties are ORDERED to file a proposed case management order within 14 days from the date of this Order.

________5. File a Notice to Set and in fact set within 21 days a:

________A. Status Conference
________B. Case Management Conference
________C. Trial Management Conference
________D. Motion hearing
________E. Trial.

**SETTINGS ARE TUESDAYS AT 8:30, PLAINTIFF TO CALL 719-452-5284**

________6. File within _______ days a Response to Show Cause why this case should not be dismissed for failure to prosecute. Failure to comply with this ORDER will result in dismissal with prejudice without further notice from the Court.

________7. Other: File a Dismissal of this action within 10 Days.

________8. File a dismissal of an action by the terms of this Order(s) and entry of that dismissal into the Registry of Actions is a final judgment.

________9. Actions dismissed by this Order will not be subject to reinstatement as an active case unless relief from this Order is permitted by and in accordance with the Colorado Rules of Civil Procedure.

SO ORDERED this 23rd day of March, 2026

BY THE COURT

Gregory Werner
______________________
Honorable Gregory Werner
District Court Judge

EXHIBIT E

| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br>Court address:<br>**270 S. Tejon**<br>**Colorado Springs, CO 80903**<br>Phone Number: **(719) 452-5000** | |
| Nina Wagner,<br>Plaintiff<br><br>v.<br><br>Greystar Global Enterprise LLC et al.,<br>Defendant | DATE FILED<br>March 23, 2026 8:51 AM<br>CASE NUMBER: 2026CV30348<br>**Court Use Only**<br>Case Number: 26CV30348<br><br>Division **15** Courtroom **S403** |

**DELAY PREVENTION ORDER**

This action is before the Court for judicial review. The purpose of this review is to determine whether the action is being diligently prosecuted. The Court has reviewed the record and now issues the following Orders:

**__XX__1. Complete service of process, if not done so already, and file proof of service within 10 days or, explain in writing the difficulties you are having in obtaining service. Failure to comply with this ORDER may result in dismissal with prejudice without further notice from the Court.**

_______2. File a motion for entry of Default Judgment within 10 days.

_______3. File a written Status Report within 10 days reflecting the current posture of the case.

_______4. A proposed case management order has not been filed with the Court. The parties are ORDERED to file a proposed case management order within 14 days from the date of this Order.

_______5. File a Notice to Set and in fact set within 21 days a:

- _______A. Status Conference
- _______B. Case Management Conference
- _______C. Trial Management Conference
- _______D. Motion hearing
- _______E. Trial.

**SETTINGS ARE TUESDAYS AT 8:30, PLAINTIFF TO CALL 719-452-5284**

_______6. File within ______ days a Response to Show Cause why this case should not be dismissed for failure to prosecute. Failure to comply with this ORDER will result in dismissal with prejudice without further notice from the Court.

_______7. Other: File a Dismissal of this action within 10 Days.

_______8. File a dismissal of an action by the terms of this Order(s) and entry of that dismissal into the Registry of Actions is a final judgment.

_______9. Actions dismissed by this Order will not be subject to reinstatement as an active case unless relief from this Order is permitted by and in accordance with the Colorado Rules of Civil Procedure.

SO ORDERED this 23rd day of March, 2026

BY THE COURT

*Gregory Werner*

Honorable Gregory Werner
District Court Judge

EXHIBIT F

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br><br>270 s. Tejon St.<br>Colorado Springs, CO 80903 | DATE FILED<br>March 24, 2026 3:36 PM<br>FILING ID: 62C67C2AF5F9E<br>CASE NUMBER: 2026CV30348 |
| **Plaintiff:**<br>**NINA WAGNER**<br><br>**v.**<br><br>**Defendants:**<br>**GREYSTAR GLOBAL ENTERPRISE, LLC D/B/A GREP SOUTHWEST, LLC; SPRING CANYON HEIGHTS TIC I, LLC; SPRING CANYON HEIGHTS TIC II, LLC; SPRING CANYON HEIGHTS TIC III, LLC; SPRING CANYON HEIGHTS TIC IV, LLC; SPRING CANYON HEIGHTS RIC V, LLC; SPRING CANYON HEIGHTS TIC VI, LLC; AND SPRING CANYON HEIGHTS TIC VII, LLC; BG BENEDICT CANYON, LLC, ADVENIR, LLC, BENEDICT CANYON EQUITIES, INC., AND ANY AND ALL UNKNOWN OWNERS** | ▲ COURT USE ONLY ▲ |
| **Defendants' Counsel:**<br>Gordon Rees Scully Mansukhani, LLP<br>Heather M. Gwinn, #42074<br>Daniel Palardy, #52884<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>Phone: (303) 534-5160<br>Fax: (303) 534-5161<br>hgwinn@grsm.com<br>dpalardy@grsm.com | Case Number: 2026CV30348<br><br>Div: 15 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINES**

Defendants Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC, Spring Canyon

EXHIBIT G

Heights TIC I, LLC, Spring Canyon Heights TIC II, LLC, Spring Canyon Heights TIC III, LLC,

Court Address:

Spring Canyon Heights TIC IV, LLC, Spring Canyon Heights TIC V, LLC, Spring Canyon Heights TIC VI, LLC, and Spring Canyon Heights TIC VII, LLC's ('Defendants'), while expressly preserving all objections to Plaintiff's claims, including those set forth in C.R.C.P. 12, hereby submit the following Unopposed Motion for Extension of Responsive Pleading Deadlines to **April 13, 2026.**

**Certificate Pursuant to C.R.C.P. 121 § 1-15(8)**

Undersigned counsel hereby certifies he has conferred with Plaintiff's counsel regarding the relief requested in this motion. Plaintiff does not oppose the relief requested herein.

**MOTION**

1. Plaintiff filed her Complaint and Jury Demand on February 6, 2026.
2. Defendants were served in Colorado on March 4, 2026. The responsive pleading deadline is March 24, 2026.
3. The parties, by and through their counsel, have agreed to extend response deadlines for Defendants represented by undersigned counsel through April 13, 2026.
4. Undersigned counsel is still in process of collecting documentation and information pertaining to the allegations advanced in the Complaint necessary to respond to the same and believes that an extended deadline of April 13, 2026, is the shortest amount of time necessary to allow counsel to investigate and prepare a response.
5. There are no motions or hearings pending or set before the Court.
6. Neither the Court nor the Plaintiff will be prejudiced by the brief extension for responsive pleadings requested herein.
7. Pursuant to C.R.C.P. 6(b), the Court may ~~enlarge for cause shown if the request~~ is made before the expiration of the period originally prescribed or after the expiration of the specified time

period where the failure to act was the result of excusable neglect.

WHEREFORE, Defendants request the Court enter and extend Defendants' responsive pleading deadline through April 13, 2026.

Dated: March 24, 2026

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Daniel Palardy*
Heather M. Gwinn, #42074
Daniel Palardy, #52884
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
Fax: (303) 534-5161
hgwinn@grsm.com
dpalardy@grsm.com
*Attorneys for Defendants Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC, Spring Canyon Heights TIC I, LLC, Spring Canyon Heights TIC II, LLC, Spring Canyon Heights TIC III, LLC, Spring Canyon Heights TIC IV, LLC, Spring Canyon Heights TIC V, LLC, Spring Canyon Heights TIC VI, LLC, and Spring Canyon Heights TIC VII, LLC's*

## CERTIFICATE OF SERVICE

I hereby certify that on this March 24, 2026a true and accurate copy of the foregoing was served via Colorado Courts E-Filing system to the following counsel of record.

Black Blink & Associates, LLC
Adam Smestad
2 N. Cascade Ave 11th Floor
Colorado Springs, CO 80903
adam@blackandblinklaw.com

*/s/ Daniel Palardy*
GORDON REES SCULLY MANSUKHANI, LLP

| | |
|---|---|
| District Court, El Paso County, State of Colorado<br><br>Court: 270 S. Tejon St, Colo. Spgs., CO 80903 | DATE FILED<br>April 1, 2026 12:55 PM<br>FILING ID: 16A7A8C96DD87<br>CASE NUMBER: 2026CV30348 |
| **NINA WAGNER, Plaintiff**<br><br>**v.**<br><br>**GREYSTAR GLOBAL ENTERPRISE, LLC d/b/a**<br><br>**GREP SOUTHWEST, LLC and SPRING CANYON HEIGHTS, LLC and SPRING CANYON HEIGHTS TIC I, LLC and SPRING CANYON HEIGHTS TIC II, LLC and SPRING CANYON HEIGHTS TIC III, LLC and SPRING CANYON HEIGHTS TIC IV, LLC and SPRING CANYON HEIGHTS TIC V, LLC and SPRING CANYON HEIGHTS TIC VI, LLC and SPRING CANYON HEIGHTS TIC VII, LLC, and BG BENEDICT CANYON, LLC and ADVENIR, LLC, and BENEDICT CANYON EQUITIES, INC., and ANY AND ALL UNKNOWN OWNERS, Defendants.** | ▲ COURT USE ONLY ▲ |
| Attorneys for the Plaintiffs:<br>**Black Blink & Associates LLC**<br>Clifton L. Black, #32130 (ext. 1101, cliff@blackandblinklaw.com)<br>Peter W. Blink, #57889 (ext. 1102, peter@blackandblinklaw.com)<br>Gerald D. Arrington, #60346 (ext. 1103, gerald@blackandblinklaw.com)<br>Adam Smestad, #56150 (ext. 1105, adam@blackandblinklaw.com)<br>Charles Houghton, #15053 (ext. 1106, charles@blackandblinklaw.com)<br>2 N. Cascade Ave., 11th Floor<br>Colorado Springs, CO 80903<br>Tel: (719) 328-1616<br>Fax: (719) 960-2381<br>Web: www.blackandblinklaw.com | Case No: 2026CV30348<br><br>Div. 15 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT SPRING CANYON HEIGHTS, LLC AND FOR LIMITED EXPEDITED DISCOVERY**

NOW COMES Plaintiff, NINA WAGNER, by and through undersigned counsel Adam Smestad of Black, Blink & Associates , pursuant to C.R.C.P. 4(m), 26(d), and 4(f), respectfully moves for a limited extension of time to effect service upon the Defendant, SPRING CANYON

EXHIBIT H

HEIGHTS, LLC and for leave to conduct narrowly tailored expedited discovery for the purpose of identifying the proper landlord/owner entities and appropriate agents for service. In support, Plaintiff states:

## I. INTRODUCTION

1. This is a premises liability action arising out of injuries sustained at a residential rental property which was subject of a lease between Plaintiff and one or more of the Defendants.
2. The lease identifies "Spring Canyon Heights, LLC" as the landlord/owner and identifies "GREP Southwest, LLC" as the landlord's authorized agent.
3. On March 4, 2026, the Defendant, Spring Canyon Heights, LLC was served via its purported Colorado Registered Agent, National Registered Agents, Inc.
4. On March 6, 2026, representatives of National Registered Agents, Inc. sent the attached correspondence informing Plaintiff's counsel that National Registered Agents, Inc. is not the registered agent for Spring Canyon Heights, LLC. See attached correspondence marked as Exhibit A.
5. Despite diligent efforts, Plaintiff has been unable to locate a corresponding active Colorado business entity for "Spring Canyon Heights, LLC" through the Colorado Secretary of State, and service attempts through a commercial registered agent were rejected.
6. Although public records indicate that the property is owned through a multi-entity tenancy-in-common structure (Spring Canyon Heights TIC entities), and that Greystar-affiliated entities are involved in management, to date Plaintiff has been unable to confirm with reasonable certainty that the entity Spring Canyon Heights, LLC neither exists nor has an ownership interest in the property at issue.
7. On March 24, 2026, Plaintiff's counsel spoke with Counsel for Spring Canyon Heights, TIC entities, who stated that he believed that Spring Canyon Heights, LLC as it is indicated on the lease was a scrivener's error; however, in order to ensure that all necessary parties have been properly served and are included in this lawsuit, Plaintiff's counsel seeks a more binding confirmation.
8. On March 25, 2026, Counsel for Spring Canyon Heights, TIC entities and Greystar defendant was granted until April 13, 2026 to file their respective answers to the Complaint at issue.
9. Plaintiff's counsel seeks a brief extension of time to confirm the existence and/or involvement of Spring Canyon Heights, LLC to this matter and, if necessary, issue, narrowly tailored expedited discovery solely to identify whether an entity known as "Spring Canyon Heights, LLC" held any ownership, management, or control over the property at times relevant to this cause of action and, if so, identify the proper location of such entity in order to ensure that all necessary parties are properly served and notified of this cause of action.
10. No party to this action will be prejudiced by granting Plaintiff such relief as requested.
11. Plaintiff has acted diligently and in good faith and has not delayed in attempting to identify and serve the proper parties.

## II. GOOD CAUSE EXISTS FOR EXTENSION (C.R.C.P. 4(m))

12. Under C.R.C.P. 4(m), the Court must extend the time for service upon a showing of good cause and retains discretion to extend even absent a strict showing.
13. Good cause exists here because:
    a. The landlord is identified in the lease by a name that does not correspond to a readily identifiable Colorado reporting entity;
    b. Public records reflect a complex, multi-entity ownership structure;
    c. A commercial registered agent has affirmatively rejected service for the named landlord entity;
    d. Plaintiff has made multiple diligent attempts to identify and serve the correct parties.
14. This is not a case of neglect or inattention. It is a case involving uncertain entity identity and layered ownership, which courts routinely recognize as good cause for extension.

## III. LIMITED EXPEDITED DISCOVERY IS WARRANTED (C.R.C.P. 26(d))

15. Plaintiff seeks leave to conduct narrow, targeted discovery prior to the Rule 26(f) conference solely to identify:
    a. The full legal name of the entity that owned the subject property at the time of the incident;
    b. The full legal name of the entity that executed the lease as "landlord";
    c. Whether "Spring Canyon Heights, LLC" is a trade name, a misnomer, or an affiliated entity;
    d. The identity of any entity authorized to accept service on behalf of the landlord;
    e. The principal business address(es) of the relevant entities;
    f. The management agreement(s) governing the property;
    g. The identity of the property manager at the time of the incident; and
    h. The identity of any insurer or claims administrator.
16. This discovery will be directed to GREP Southwest, LLC/Greystar-affiliated management entities, and/or on-site property management personnel.
17. Plaintiff seeks additional time to issue such discovery after Greystar/Spring Canyon Heights TIC entities respond to the Complaint, as Plaintiff believes that such answer may provide all necessary information; however, in the event that additional relevant information is required, Plaintiff seeks leave to issue such limited discovery.
18. Courts routinely permit such discovery where, as here, it is necessary to identify proper defendants and effect service.
19. Because the correct entity identity and service agents remain unclear, limited discovery will materially assist in ensuring service is properly effected and will avoid unnecessary motion practice or dismissal.

## VI. REQUESTED RELIEF

**WHEREFORE,** for the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Extend the deadline for service under C.R.C.P. 4(m) by an additional 60 days, or such time as the Court deems appropriate;
2. Authorize limited expedited discovery, prior to the Rule 26(f) conference, narrowly tailored to identifying:
   - the proper landlord/owner entities,
   - the appropriate agents for service,
   - and related organizational and management information;
3. Permit Plaintiff to conduct:
   - written discovery (interrogatories and requests for production); and
   - limited depositions, if necessary, of property management representatives;
4. Grant such other and further relief as the Court deems just.

**Respectfully submitted April 1, 2026**

/s/ *Adam Smestad*
Counsel for Plaintiff
Adam Smestad
Black Blink & Associates
2 N. Cascade Ave, 11th Floor
Colorado Springs, CO 80903
adam@blackandblinklaw.com

I hereby certify that on April 1, 2026, I served a true and correct copy of the foregoing electronically through the CCES system on all counsel of record

*/s/ Bryana Fleury*




# Summary

**For this Record...**

Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | GREP Southwest, LLC | | |
| **Status** | Good Standing | **Formation date** | 03/05/2009 |
| **ID number** | 20091133383 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | December | **Jurisdiction** | DELAWARE |
| **Principal office street address** | 465 Meeting Street, Suite 500, Charleston, SC 29403, US | | |
| **Principal office mailing address** | 465 Meeting Street, Suite 500, Charleston, SC 29403, US | | |

| Registered Agent | |
|---|---|
| **Name** | C T CORPORATION SYSTEM |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Back



EXHIBIT I




# Summary

**For this Record...**

Filing history and documents
Get a certificate of good standing
File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC VI, LLC | | |
| **Status** | Good Standing | **Formation date** | 10/10/2023 |
| **ID number** | 20238076963 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | October | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Back



EXHIBIT J

Skip to content | About Secretary Griswold | Español



# Summary

## For this Record...

Filing history and documents
Get a certificate of good standing
File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC III, LLC | | |
| **Status** | Good Standing | **Formation date** | 11/07/2019 |
| **ID number** | 20191893380 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Back



# Summary

## For this Record...



| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC V, LLC | | |
| **Status** | Good Standing | **Formation date** | 11/07/2019 |
| **ID number** | 20191893386 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Back



# Summary

**For this Record...**

Filing history and documents
Get a certificate of good standing
File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC VII, LLC | | |
| **Status** | Good Standing | **Formation date** | 10/10/2023 |
| **ID number** | 20238076981 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | October | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Back




# Summary

**For this Record...**

- Filing history and documents
- Get a certificate of good standing
- File a form
- Subscribe to email notification
- Unsubscribe from email notification
- Subscribe to text notification
- Unsubscribe from text notification

- Business Home
- Business Information
- Business Search

- FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC IV, LLC | | |
| **Status** | Good Standing | **Formation date** | 11/07/2019 |
| **ID number** | 20191893382 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

- Filing history and documents
- Get a certificate of good standing
- Get certified copies of documents
- File a form
- Set up secure business filing
- Subscribe to email notification
- Unsubscribe from email notification
- Subscribe to text notification
- Unsubscribe from text notification

Back

Skip to content | About Secretary Griswold | Español



# Summary

**For this Record...**

Filing history and documents
Get a certificate of good standing
File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC II, LLC | | |
| **Status** | Good Standing | **Formation date** | 11/07/2019 |
| **ID number** | 20191893374 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Back




# Summary

## For this Record...

Filing history and documents
Get a certificate of good standing
File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Spring Canyon Heights TIC I, LLC | | |
| **Status** | Good Standing | **Formation date** | 11/07/2019 |
| **ID number** | 20191893369 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |
| **Principal office mailing address** | 10100 SANTA MONICA BLVD., SUITE 420, LOS ANGELES, CA 90067, US | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL REGISTERED AGENTS, INC. |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |
| **Mailing address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112, US |

~~Filing history and documents~~

~~Get a certificate of good standing~~

~~Get certified copies of documents~~

~~File a form~~

~~Set up secure business filing~~

~~Subscribe to email notification~~

~~Unsubscribe from email notification~~

~~Subscribe to text notification~~

~~Unsubscribe from text notification~~

Back