**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01425-MDB

NINA WAGNER
Plaintiff,

v.

GREYSTAR GLOBAL ENTERPRISE, LLC D/B/A GREP SOUTHWEST, LLC; SPRING CANYON HEIGHTS TIC I, LLC; SPRING CANYON HEIGHTS TIC II, LLC; SPRING CANYON HEIGHTS TIC III, LLC; SPRING CANYON HEIGHTS TIC IV, LLC; SPRING CANYON HEIGHTS TIC V, LLC; SPRING CANYON HEIGHTS TIC VI, LLC; AND SPRING CANYON HEIGHTS TIC VII, LLC; BG BENEDICT CANYON, LLC, ADVENIR, LLC, BENEDICT CANYON EQUITIES, INC., AND ANY AND ALL UNKNOWN OWNERS

Defendants.

---

**NOTICE OF APPEARANCE**

---

NOTICE IS HEREBY GIVEN that Heather Gwinn., as lead counsel and Daniel Palardy, as co-counsel of the law firm of GORDON REES SCULLY MANSUKHANI enter their limited appearance as counsel of record for Defendants Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC, Spring Canyon Heights TIC I, LLC, Spring Canyon Heights TIC II, LLC, Spring Canyon Heights TIC III, LLC, Spring Canyon Heights TIC IV, LLC, Spring Canyon Heights TIC V, LLC, Spring Canyon Heights TIC VI, LLC, and Spring Canyon Heights TIC VII, LLC, and Advenir, LLC in the above-captioned action. Please direct copies of all pleadings, orders, correspondence, and other documents to the undersigned.

Respectfully submitted,

*s/ Daniel Palardy*

Heather Gwinn #42074
Email: hgwinn@grsm.com
Daniel Palardy #52884
Email: dpalardy@grsm.com
Telephone (Main): (303) 534-5160
Fax: (303) 534-5161
555 17St STE 3400
Denver, CO 80202
*Attorneys for Defendants Greystar Global Enterprise, LLC d/b/a GREP Southwest, LLC, Spring Canyon Heights TIC I, LLC, Spring Canyon Heights TIC II, LLC, Spring Canyon Heights TIC III, LLC, Spring Canyon Heights TIC IV, LLC, Spring Canyon Heights TIC V, LLC, Spring Canyon Heights TIC VI, LLC, and Spring Canyon Heights TIC VII, LLC, and Advenir, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2026, a true and correct copy of the foregoing was served via email to the following:

Clifton L. Black
cliff@blackandblinklaw.com
Peter W. Blink
peter@blackandblinklaw.com)
Gerald D. Arrington
gerald@blackandblinklaw.com)
Maxel G. Moreland
maxel@blackandblinklaw.com)
Adam Smestad
adam@blackandblinklaw.com
Charles Houghton
charles@blackandblinklaw.com

*Attorneys for Plaintiff*

*/s/ Daniel Palardy*
Daniel Palardy